1  CARL P. BLAINE (State Bar #65229)
   Email: CBlaine@wkblaw.com
2  ERIC R. GARNER (State Bar #131232)
   Email: EGarner@wkblaw.com
3  WAGNER KIRKMAN BLAINE
   KLOMPARENS & YOUMANS LLP
4  10640 Mather Blvd., Suite 200
   Mather, California  95655
5  Telephone:    (916) 920-5286
   Facsimile:    (916) 920-8608
6

7  Attorneys for CUMMINGS/MITCHELL, LLC,
   A California Limited Liability Company
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD L. KEMPER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CUMMINGS/MITCHELL, LLC,<br>A California Limited Liability Company,<br><br>　　　　　Defendant. | Case No. 2:07-CV-01272 WBS KJM<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between defendant CUMMINGS/MITCHELL, LLC and plaintiff EDWARD L. KEMPER that defendants CUMMINGS/MITCHELL, LLC have an extension of time to respond to plaintiff's Complaint to and including September 20, 2007.

DATED:　　　　　　　　　　　　　　　　　　WAGNER KIRKMAN BLAINE
　　　　　　　　　　　　　　　　　　　　　　　KLOMPARENS & YOUMANS LLP


　　　　　　　　　　　　　　　　　　　　By:　s/Carl P. Blaine
　　　　　　　　　　　　　　　　　　　　　　CARL P. BLAINE
　　　　　　　　　　　　　　　　　　　　　　Attorneys for CUMMINGS/MITCHELL, LLC

{06217.01000 / 00328868.DOC.1}　　　　　　　　1
Stipulation to Extend Time to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com

DATED:                                    CABLE LAW OFFICES

                                          By: s/Keith D. Cable
                                              KEITH D. CABLE
                                              Local Counsel for Plaintiff

### ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the time for defendants CUMMINGS/MITCHELL, LLC to respond to the complaint on file herein is to and including September 20, 2007.

DATED:   August 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{06217.01000 / 00328868.DOC.1}                      2
Stipulation to Extend Time to Respond to Complaint

PDF created with pdfFactory trial version www.pdffactory.com